FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2006 OCT 20 PM 4: 17

CLERK_____
SO. DIST. OF GA.

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. CR493-063 |
| ) | |
| ALVIN LAVON MOORE, ) | |
| ) | |
| Defendant. ) | |

## REPORT AND RECOMMENDATION

Defendant has filed a motion pursuant to 18 U.S.C. § 3563(c) requesting that the court relieve him of his three-year term of supervised release, which is scheduled to begin following his release from incarceration on December 20, 2006. Doc. 148. Defendant claims he is not a "public safety risk" and that the supervised release term would "not serve a rehabilitative objective." Id. at 3-4.[1]

Defendant's reliance upon 18 U.S.C. § 3563(c) is misplaced, for that statutory provision applies to the modification of conditions of *probation*,

---

[1] Defendant also claims to be an "innocent man" and suggests that the jury verdict was "contrary to the weight of the evidence... and contrary to law." Id. at 2. As these arguments were raised and rejected on direct appeal, they may not be relitigated in this Court. United States v. Nyhuis, 211 F.3d 1340, 1343 (11th Cir. 2000).

not supervised release. This Court sentenced defendant to a period of imprisonment followed by a term of supervised release, as allowed under 18 U.S.C. § 3583. While that statute does permit the sentencing court to later terminate a supervised release term if satisfied that such action "is warranted by the conduct of the defendant released and the interest of justice," 18 U.S.C. § 3583(e)(1), defendant has made no showing either that the Court improperly sentenced him to a supervised release term or that he should be relieved of all supervision upon his release. As the government notes, defendant committed a crime of violence (bank robbery) and has a history of violating supervised release conditions imposed by this Court in a previous criminal case. Doc. 149 at 5-7.

Defendant has offered no appropriate reason for terminating or modifying his term of supervised release, and his motion should therefore be DENIED.

**SO REPORTED AND RECOMMENDED** this 20th day of **October, 2006.**

*[signature]*
**UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA**